**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Elvin J. Padilla Rodriguez          CHAPTER 7
                 Debtor(s)

                                     BKY. NO. 20-13626 ELF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

                                     Respectfully submitted,

                                     /s/Rebecca A. Solarz
                                     Rebecca Solarz
                                     25 Sep 2020, 15:19:50, EDT

                         KML Law Group, P.C.
                         701 Market Street, Suite 5000
                         Philadelphia, PA 19106-1532
                         (215) 627-1322